SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

PRO SE CIVIL COMPLAINT

Case No.
(the court will assign a number)

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2014 FEB 14 P 2:39

DEPUTY CLERK

I. **CASE CAPTION: Parties to this Civil Action**:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

1. Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if **you are NOT** a prisoner)

Debra J. Reagan   11 Bennett Street, Sanford, ME 04073   (207)324-1075

2. Defendant(s) Name(s):   Address(es) If known:

U.S. Bank National Association, as Trustee for SAIL 2006-3 Trust Fund
c/o BAC Home Loans Servicing LP
PO Box 5170
Simi Valley, CA 93065

Mr. Jan Estep, President of US Bank, Nat. Assoc.   425 Walnut Street, Cincinnati, Ohio 45202-3923

Jill Wosnak - US Bank Nat. Assoc. Vice President - address unknown

Kimberly Dawson - 1st Vice President of MERS as nominee for Countrywide Home Loans Inc - address unknown

BAC Home Loans Servicing LP
PO Box 5170
Simi Valley, CA 93065

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

1. **When** did the events occur?

final ruling of Maine Supreme Court on January 14, 2014 of plaintiff's Motion for Reconsideration and all hearings, trial and appeal before then from initiation of foreclosure case on November 25, 2009 by US Bank, NA Assoc. to the final Maine Supreme Court ruling.

2. **What** happened?

Plaintiff's due process rights, constitutional rights and federal laws were violated throughout this case pursuant to (but not limited to) the following reasons:
**1)** Plaintiff's due process right to initial discovery was violated by Judge Fritzsche at trial in denying my right to discovery as pursuant to not only MRCP Rule 26, but also Federal RULE 26: DUTY TO DISCLOSE; GENERAL PROVISIONS GOVERNING DISCOVERY and as ordered by the Springvale District Court on November 15, 2011 to be provided **before** trial.
**2)** Plaintiff's right to due process of law was denied by the Maine Supreme Court by not finding that the Superior Court violated my due process right to initial discovery **at** trial even though there was a court order by the Springvale District Court ordering the discovery materials to be provided **before** trial.
**3)** Plaintiff's Constitutional right to equal protection under the law (Equal Protection Clause of the 5th and 14th Amendments) was denied through inconsistent rulings by the Maine Supreme Court.
**4)** The Maine Supreme Court also violated this Plaintiff's Constitutional right to Equality of Justice under the Bill of Rights, Article II Section 6 by their inconsistent rulings.
**5)** Plaintiff's Constitutional right to a trial by jury was denied because of a Maine Supreme Court decision that foreclosure cases can't be tried by a jury.
**6)** Plaintiff's constitutional right to a fair and impartial hearing of her counterclaim has been violated due to denial of initial discovery to be able to uncover pertinent information to prove her claims.
**7)** Countrywide Home Loans, Inc. violated Section 5 of the Federal Trade Commissions Act when they told me that I had to be 90 days in arrears to qualify for a loan modification under HAMP and induced default of my loan.

## II. STATEMENT OF CLAIM(S) (continued)

**8)** Countrywide Home Loans Inc violated the Truth In Lending Act by predatory/subprime lending in refinancing my loan in January 2006.

**9)** Both Countrywide and BoA Home Loans Inc violated the Consumer Protection Act when they wrongfully denied me for a loan modification under HAMP.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

    ☐ United States or a federal official or agency is a party

    X Claim arises under the Constitution, laws or treaties of the United States

    X Violation of civil rights

    ☐ Employment discrimination

    X Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

    ☐ Other basis for jurisdiction in federal court (explain below)

_____

_____

_____

_____

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Maine. For example, does a party reside or do business in Maine? Is a party incorporated in Maine? Did an injury occur in Maine? Did the claim arise in Maine?

Plaintiff resides in Sanford, Maine and owns the property situated in Sanford, ME involved in this case

## V.    RELIEF

State briefly what you want the court to do for you.

Provide me my constitutional right to due process of law that has been denied me by the lower courts in Maine and give me proper discovery and provide an unbiased and fair trial through a trial by jury. To also provide protection of my constitutional right to not be deprived of my property without due process of law by issuing an injunction or stay of any Writ of Possession Order by any other court until this case is final.

## VI.    EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

1. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

    X  Yes             No

2. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

Springvale District Court hearings - sent on for jury waived trial

York County Superior Court - trial held and judgment for US Bank entered

Maine State Supreme Court - Appeal and confirmed lower court judgment

(from November 25, 2009 through to final decision on January 24, 2014 by Maine Supreme Court)

3. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

    X   JURY           JUDGE

VIII. VERIFICATION

    I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:        Signature(s) of Plaintiff(s):

_February 13, 2014_    _Alisa F. Sargent_

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE

FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.  Also, if there is more than one plaintiff in the case who wishes to proceed *in forma pauperis*, **each such plaintiff must submit a separate application to proceed *in forma pauperis*.**