# EXHIBIT F

STATE OF MAINE

YORK, SS.

~~SUPERIOR~~ DISTRICT COURT
LOCATION: ALFRED
DOCKET NO. SPRDC-RE-09-0385

| | |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE ON BEHALF OF SAIL 2006-3 TRUST FUND,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>DEBRA J. REAGAN,<br><br>Defendant / Counterclaim-Plaintiff,<br><br>CITI FINANCIAL, INC.,<br><br>Party in Interest. | [~~PROPOSED~~] **JUDGMENT OF FORECLOSURE AND SALE**<br><br>Mortgage recorded in York County Registry of Deeds in Book 14735, Page 313<br>Street Address: 11 Bennett Street, Sanford, Maine<br><br>(TITLE TO REAL ESTATE INVOLVED) |

After a trial held on September 28, 2012 and consideration of the evidence and arguments presented, the Court finds the following with respect to Plaintiff U.S. Bank, N.A. as Trustee on behalf of SAIL 2006-3 Trust Fund's ("Plaintiff" or "U.S. Bank") Complaint for Foreclosure and the counterclaims of Debra J. Reagan:

1. Ms. Reagan breached a condition of the mortgage recorded in the York County Registry of Deeds in Book 14735, Page 313 by failing to make payments on the promissory note secured by said mortgage. U.S. Bank, in its capacity as trustee, is the owner of the note secured by the mortgage and is entitled to foreclose on the subject property.

2. The subject property is located at 11 Bennett Street, Sanford, Maine (the "Property"), more specifically described at the York County Registry of Deeds in Book 14735, Page 313.

3. As of September 27, 2012, the day before the trial held in this case, Defendant owed U.S. Bank the following sums under the mortgage and note underlying the Complaint for Foreclosure:

| | |
|---|---|
| Principal | $131,595.81 |
| Accrued Interest through 9/27/12 | $41,936.71 |
| Escrow advances | $18,293.98 |
| Fees advances | $7,767.32 |
| Credits | ($37.19) |
| TOTAL | $199,556.63 |

Pursuant to 14 M.R.S. §§1602-B and 1602-C, the prejudgment interest rate is 7.375 percent per annum of said principal balance and the post-judgment interest rate is 7.375 percent per annum. Plaintiff is entitled to add any additional amounts advanced by Plaintiff to protect its mortgage security.

4. If the mortgage is not redeemed within 90 days, a foreclosure sale shall occur.

5. Party-in-interest Citi Financial, Inc. has, despite proper notice, failed to appear in this action.

6. Proceeds of the foreclosure sale shall be divided in the following order of priority: (1) the aggregate of amounts enumerated in Paragraph 3, above, shall be paid to Plaintiff U.S. Bank; (2) the remainder of the sale proceeds, if any, shall be paid to Debra Reagan pursuant to 14 M.R.S.A. § 6324.

7. Ms. Reagan has failed to prove facts entitling her to relief under any of her counterclaims.

WHEREFORE:

Judgment is issued for U.S. Bank on its Foreclosure Complaint and on Ms. Reagan's counterclaims.

A/75272239.1

It is hereby ordered and decreed that if Ms. Reagan, her heirs and assigns, do not pay U.S. Bank the aggregate of amounts in Paragraph 3 above within ninety (90) days from the date of entry of this Order, U.S. Bank, through its attorneys, shall proceed with a sale of the real estate described in the mortgage deed recorded in the in York County Registry of Deeds in Book 14735, Page 313, pursuant to 14 M.R.S. §§ 6321-6324, free and clear of all liens except liens senior to U.S. Bank's mortgage, and shall pay the proceeds of sale, after satisfying the expenses of sale, in the priority order and amounts set forth in Paragraph 6 above.

If Ms. Reagan, or another person acting on Ms. Reagan's behalf, fails to redeem by paying U.S. Bank the aggregate of amounts in Paragraph 3 above adjudged to be due on or before ninety (90) days from the date of entry of this Order, U.S. Bank shall then be entitled to exclusive possession of the real estate described in said mortgage.

An execution shall issue against Ms. Reagan.

The following provisions are set forth pursuant to 14 M.R.S. § 2401:

1. The names and addresses, if known, of all parties to the action, including the counsel of record, are set forth in Schedule A attached hereto.

2. The docket number is SPRDC-RE-090385 (York County Superior Court). *for SPRINGVALE DISTRICT COURT*

3. The Court finds that all parties have received notice of the proceeding in accordance with the applicable provisions of the Maine Rules of Civil Procedure. Such notice was not given pursuant to an order of court.

4. The street address and a description of the real estate involved are set forth in Schedule B attached hereto.

5. Plaintiff is responsible for recording the attested copy of the judgment and for paying the appropriate recording fees.

The Clerk is specifically directed pursuant to M.R. Civ. P. 79(a) to enter this Judgment on the civil docket by a notation incorporating it by reference.

DATED: January 2, 2013

_____
Justice of the Superior Court or
Judge, District Court

Date entered in the docket book: 1/3/13

A TRUE COPY ATTEST

_____
CLERK

## Schedule A

| Address of Party | Address of Counsel to Party |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE ON BEHALF OF SAIL 2006-3 TRUST FUND<br>U.S. Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Corin R. Swift (Bar no. 9805)<br>(corin.swift@bingham.com)<br>Jeff Goldman (Bar no. 4006)<br>(jeff.goldman@bingham.com)<br>Bingham McCutchen LLP<br>85 Exchange Street, Suite 300<br>Portland, ME 04101<br>(207) 780-8274 / (207) 780-8278 (fax)<br><br>Alan A. Stevens (visiting attorney)<br>(astevens@winston.com)<br>Winston & Strawn LLP<br>100 N. Tryon Street<br>Charlotte, NC 28202<br>(704) 350-7700 |
| Debra Reagan<br>11 Bennett Street<br>Sanford, Maine 04073 | Pro se |

A/75272239.1

# Schedule B

Street address:
11 Bennett Street
Sanford, Maine 04073

Legal description:

Being bounded and described as follows:

- Beginning at the corner of Brook Street and Bennett Street;

- Thence running southeasterly by said Brook Street 100 feet to a post set in the ground and land now or formerly of Maurice Gumpert;

Thence southwesterly by said Gumpert's land 100 feet 8 1/2 inches to a post set in the ground;

Thence northwesterly 100 feet to Bennett Street and a post set in the ground;

Thence northeasterly by said Bennett Street 105 feet 2 1/2 inches to said Brook Street and point begun at.

Also another certain lot or parcel of land situated in said Sanford, and being more particularly bounded and described as follows:

Beginning on the southeasterly side of Bennett Street at the southwesterly corner of land now or formerly of Albert E. Soule, et al;

Thence running southeasterly along said Soule land 100 feet to a post set in the ground and land of said Maurice Gumpert;

Thence turning and running along land now or formerly of Raymond J. Beaudoin, et ux in a northwesterly direction to said Bennett Street and to a point 10 feet southwesterly from the point begun at;

Thence turning and running along the southeasterly side of said Bennett Street in a northeasterly direction 10 feet to the point begun at. Meaning and intending to describe herein a triangular parcel of land 10 feet in width on said Bennett Street.

A/75272239.1