# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Debra J. Reagan, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>US Bank National Association, et al., )<br>)<br>Defendants. ) | Case No. 14-CV-59-GZS |

**DEFENDANT JORGE VARGAS' RESPONSE TO PLAINTIFF'S "MOTION TO HAVE DEFENDANT JORGE VARGAS' ATTORNEY(IES) TO ANSWER HIS CLARIFICATION REQUEST ON THE RECORD"**

Defendant Jorge Vargas, by and through his undersigned counsel, hereby responds to Plaintiff's "Motion to Have Defendant Jorge Vargas' Attorney(ies) to Answer his Clarification Request on the Record" [Docket No. 34]. The undersigned counsel has appeared on behalf of, and represents, Defendant Jorge Vargas. Defendant Jorge Vargas does not contest the validity of Plaintiff's service of process upon him.

{W4279567.1}

Dated: May 23, 2014

/s/ Mark E. Porada

Mark E. Porada, Esq.
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
Tel: 207-791-1108
e-mail: mporada@pierceatwood.com

**ATTORNEY FOR DEFENDANTS KIMBERLY DAWSON, JILL WOSNAK, JORGE VARGAS AND BAC HOME LOANS SERVICING**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this document to be filed through the Court's ECF system on May 23, 2014, that will cause notice to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)..

/s/  Mark E. Porada _____

Mark E. Porada