## UNITED STATES DISTRICT COURT DISTRICT OF MAINE

| | |
|---|---|
| Debra J. Reagan, <br> Plaintiff, <br><br> v. <br><br> US Bank National <br> Association, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Case No. 2:14-cv-00059-GZS |

## Judicial Notice

Now comes the plaintiff, Debra J. Reagan with this JUDICIAL NOTICE while this court is still deliberating on Defendants' Motions to Dismiss.

On July 7, 2014 this plaintiff filed a Judicial Notice with this honorable court about a decision made by the Maine Supreme Court in Bank of America v. Greenleaf and how this decision, along with ***MERS v. Saunders***, that MERS had no authority to assign mortgages and vacated the judgments against the homeowners but didn't in my case even though MERS assigned the mortgage to US Bank. Well, apparently, once again, this Plaintiff's argument in the state courts[1] that MERS had no authority to assign my mortgage DOES have merit.  On July 24, 2014, in ***US Bank v. Mack***[2], Mack's ATTORNEY Joshua Klein-Golden argued the same argument this Plaintiff did, and WON! This shows that this Plaintiff not only was denied equal justice and protection under the law, but also proves this Plaintiff's claims that the state courts were biased and

---

[1] See Exhibits 65-1 - Closing Arguments - Pages 6-8, Supreme Court Brief - 65-2 Page 18 Para. C, Motion for Reconsideration - 65-3 Page 9 Para. A. and Counterclaim – 35-5 Pages 2-3 and 12-15.

[2] See Exhibit 66-1, Maine Supreme Court decision in ***US Bank, NA v. Adam Mack***

prejudiced against this PRO SE litigant as an ATTORNEY, arguing this Plaintiff's prior argument before 4 of the same 5 Supreme Court justices that denied my argument, won with that argument!

These 4 Supreme Court justices KNOW that my argument had merit. They showed deliberate indifference to this fact and ruled against this plaintiff when in *MERS Inc v Saunders* (before my case), *Bank of America v. Greenleaf* and now in *US Bank, NA v. Adam Mack* (BOTH after my case), they found for the homeowner (and rightly so) due to MERS not having the authority to assign mortgages, thus the bank had no standing. So why then, did these 4 Supreme Court justices deny this plaintiff the same justice under the law? The ONLY difference in MY case was that this Plaintiff was a PRO SE litigant while in *Saunders*, *Greenleaf* and *Mack* they were represented by attorneys. If MERS has no authority to assign mortgages when an attorney argues this, then why is it not the same when a PRO SE litigant argues it?

In their decisions mentioned above, the Supreme Court justices admitted that MERS has no authority to assign mortgages and only had the right to record. This July 24th decision further shows that this plaintiff was denied a fair and impartial trial and was denied her Constitutional rights of equal protection and justice under the law because if MERS does not own the mortgage and only has the right to assign only its bare right to record the mortgage as the lender's nominee and in the absence of a valid assignment of ownership of the mortgage the bank has no standing to sue, then the same situation exist in my case. MERS only assigned their right to record to US Bank and US Bank had no right to sue this plaintiff and the Maine Supreme Court should have vacated the judgment against me.

It is now very clear that this plaintiff has been denied equal justice and protection under the law and a fair, impartial and unbiased trial and that the claims in this plaintiff's complaint has merit and can be (and has been) proven by this plaintiff.  Due to all the reasons above, this Plaintiff reiterates her requests on the Defendants' Motions to Dismiss through my prior filings in this court which are attached hereto and incorporated herein through reference.

Date – August 6, 2014                               Respectfully submitted,

                                                    _____
                                                    /s/ Debra J. Reagan
                                                    11 Bennett St.
                                                    Sanford, ME 04073
                                                    (207) 289-5156

# CERTIFICATE OF SERVICE

I hereby certify that, on the date specified below, I caused the foregoing document to be filed through the Court's ECF system via the Clerk of Court of the US District Court of Maine in Portland, Maine of which

**1)** Mark Porada, Esq. of Pierce Atwood LLP
 Merrill's Wharf 254 Commercial Street
Portland, ME 04101
 tele: 207-791-1108 and e-mail: mporada@pierceatwood.com and
**2)** Margaret Ciavarella, Esq of Winston and Strawn, LLP
 200 Park Avenue
 New York, NY 10166
 tele: 212-294-4656 and e-mail: mciavarella@winston.com and
**3)** Rufus E. Brown, Brown & Burke
152 Spring Street, P.O. Box 7530
Portland, ME 04112-7530
 tele: (207) 775-0265, and email: rbrown@brownburkelaw.com

are registered and able to receive a copy of this motion through this system.

Date – August 6, 2014                               Respectfully submitted,

                                                    _____
                                                    /s/ Debra J. Reagan
                                                    11 Bennett St.
                                                    Sanford, ME 04073
                                                    (207) 289-5156