# United States Court of Appeals
## For the First Circuit

No. 14-2214

DEBRA J. REAGAN

Plaintiff - Appellant

v.

US BANK NATIONAL ASSOCIATION, Trustee for SAIL 2006-3 Trust Fund; JAN ESTEP, President of US Bank National Association; JILL WOSNAK, Vice President of US Bank National Association; KIMBERLY DAWSON, First Vice President of MERS as nominee for Countrywide Home Loans Inc.; BAC HOME LOAN SERVICING LP; MERS, INC.; JORGE VARGAS

Defendants - Appellees

MARIA RAMOS

Defendant

**JUDGMENT**

Entered: April 2, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith**.**

By the Court:

/s/ Margaret Carter, Clerk

cc: Debra J. Reagan, Rufus E. Brown, John J. Aromando, Elizabeth Timkovich, Phoebe N. Coddington